IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Case No. 1:12-CV-21600-FAM (Moreno/Otazo-Reyes)

Leeward Marine Ventures, Ltd
    Plaintiff,

vs.

All known and unknown claimants
    Defendants,

vs.

Whirlpool Corporation, Carey Drake,
Lazar S. Finker, Raissa M. Frenkel and
Eugene Finker
    Third Party Defendants

## THIRD PARTY COMPLAINT OF ST. PAUL

COMES NOW, the third party plaintiff, St. Paul Fire and Marine Insurance Company (hereinafter St. Paul) and pursuant to the provisions of Federal Rule of Civil Procedure 14 asserts its third party complaint against Whirlpool Corporation, Carey Drake, Lazar S. Finker, Raissa M. Frenkel and Eugene Finker, and as grounds therefore states as follows:

1. This action arises within the admiralty and maritime jurisdiction of this Court within the meaning of Federal Rule of Civil Procedure 9(h), and that it is the jurisdictional basis of the original Complaint herein.

2. The subject matter jurisdiction of this matter and the original proceeding arises under 28 U.S.C. §1333.

3. The facts and circumstances giving rise to this action occurred in navigable waters of the United States during traditional maritime activity, and specifically were as a result of a fire originating aboard the M/Y Fridaspirit while docked at Grove Harbour Marina in Coconut Grove, Florida, which spread to adjacent vessels, including the M/Y Parranda on December 17th, 2011.

4. The facts and circumstances giving rise to the actions asserted in this third party complaint arise out of the same facts and circumstances which gave rise to the original complaint filed herein by Leeward Marine Ventures, Ltd., and the claims, counter claims and cross claims filed herein by other parties to this litigation, including but not limited to St. Paul, i.e. the fire originating aboard the M/Y Fridaspirit on December 17th 2011.

5. At times relevant herein and specifically on December 17th 2011, St. Paul insured the M/Y Parranda, and as a result of the fire has paid for the total loss of the Parranda, approximately 2.6 million dollars.

6. Further St. Paul has incurred expenses in the investigation and handling of the claim arising from the destruction of the Parranda, which expenses continue to accrue.

7. St. Paul is entitled to recovery prejudgment interest on all amounts, which it has paid and/or expended as a result of the destruction of the Parranda.

## COUNT 1 AGAINST WHIRLPOOL

8. The allegations of paragraphs 1 through 7 above are incorporated herein by reference.

9. Whirlpool Corporation (hereinafter Whirlpool) is a foreign corporation with its principal place of business in Benton Harbor, Michigan.

10. Whirlpool is a for profit corporation, which designs and manufactures home appliances under various brand names, including but not limited to Maytag and Jenn-Air.

11. The cause and origin of the fire, which started aboard the M/Y Fridaspirit on December 17th 2011, when the vessel was moored in navigable waters of the United States was a defect in a refrigerator designed and manufactured by Whirlpool and sold under its Jenn Air brand.

12. The fire that originated in the M/Y Fridaspirit and ultimately spread to and destroyed the M/Y Parranda began in a Jenn Air refrigerator that was installed in the galley on the port side of the main deck of the Fridaspirit. This appliance will hereinafter be referred to as the "Whirlpool refrigerator".

13. The fire originated in the Whirlpool refrigerator, and thereafter spread to the Fridaspirit, which in turn spread to other vessels and ultimately to the M/Y Parranda, which was destroyed by this fire.

14. The Whirlpool refrigerator caught fire as a result of Whirlpool's negligence and/or other faults in its design and/or manufacture, which ultimately were the proximate cause of the fire aboard the M/Y Parranda.

15. Whirlpool's negligence, defective or deficient design and/or manufacture of the Whirlpool refrigerator proximately caused destruction of the Parranda and subsequently St. Paul's losses for which it seeks recovery herein.

16. In December of 2011 Whirlpool knew that the Whirlpool refrigerator then installed aboard the Fridaspirit was defective and dangerous, because the U.S. Consumer Product Safety Commission had issue a recall for this model refrigerator in March of 2009.

COUNT 2 AGAINST DRAKE, FRENKEL, AND FINKERS

17. The allegations of paragraphs one through seven above are incorporated herein by reference.

18. Carey Drake on the morning of December 17th 2011, was the captain of the M/Y Fridaspirit, and was aboard that vessel in that capacity at the time of the fire.

19. Lazar S. Finker, Raissa M. Frenkel and Eugene Finker on the morning of December 17th 2011 were beneficial owners of Leeward Marine Ventures Ltd., which was the titled owner of the M/Y Fridaspirit, and were also aboard that vessel at the time of the fire.

20. After discovering the fire aboard the Fridaspirit, Drake, Frenkel and the Finkers left the Fridaspirit.

21. At the time Drake, Frenkel and the Finkers left the Fridaspirit, they knew or should have known that the fire aboard that vessel posed a significant threat, hazard or risk to other vessels moored nearby, including but not limited to the Parranda.

22. Drake, as captain of the Fridaspirit, knowing that there was a fire aboard the Fridaspirit, had an obligation to maintain, operate and control the Fridaspirit in a manner to prevent her from causing damage to other vessels located in the marina, which included but was not limited to extinguishing and/or controlling the fire aboard the Fridaspirit before it spread to other vessels at the marina.

23. Frenkel and the Finkers as beneficial owners of the Fridaspirit, knowing on the morning of December 17th 2011 that that vessel was on fire, had an obligation to protect adjacent vessels and property and to control or contain the fire aboard the Fridaspirit.

24. Drake, Frenkel and the Finkers had an obligation to use reasonable care to protect adjoining property, including the Parranda from risks of damage originating aboard the Fridaspirit, such as the fire occurring on the morning of December 17th 2011.

25. On the morning of December 17th 2011, immediately adjacent to the M/Y Fridaspirit there were two firefighting stations located on the facilities

of the marina, which contained a fire extinguisher and a 100 foot fire hose connected to a water supply.

26. These fire fighting stations were located immediately adjacent to the starboard bow and starboard stern of the Fridaspirit.

27. Drake, Frenkel and the Finkers knew or should have known the location of the fire fighting stations referred to above, and knowing that there was a fire aboard the Fridaspirit, should have used the aforesaid stations to extinguish, control, or contain that fire to prevent its spread to adjacent vessels and property, including the Parranda.

28. There was a smoke alarm installed aboard the M/Y Fridaspirit that was inoperable at the time of the fire.

29. Prior to December 17th 2011 Drake, Frenkel and/or the Finkers knew or should have known that the smoke alarm was inoperative, and had taken steps to repair it or replace it with an operable smoke alarm.

30. Failure to have an operable smoke alarm aboard the Fridaspirit on the morning of the fire constitutes a failure to use reasonable care in the operation, control and maintenance of the M/Y Fridaspirit by Drake, Frenkel and the Finkers, which was a proximate cause and/or contributing proximate cause of the fire spreading from the Fridaspirit to other vessels in the marina including the Parranda.

31. After leaving the Fridaspirit, Drake, Frenkel, and the Finkers, knowing that there was a fire aboard same, failed to use reasonable care to

protect adjacent property by failing to use the fire extinguishers or fire hoses to extinguish, suppress or control the fire then aboard the Fridaspirit.

32. As a result of the negligence or other faults of Drake, Frenkel, and the Finkers, St. Paul sustained damages, which exceed 6.3 million dollars and continue to accrue through prejudgement interest, costs and expenses arising from loss of the Parranda, including costs and expenses being incurred in this litigation.

WHEREFORE after due proceedings are had herein, St. Paul asks this Court for entry of a judgment against Whirlpool Corporation, Carey Drake, Lazar S. Finker, Raissa M. Frenkel and Eugene Frenkel jointly for all damages St. Paul has sustained as the same are proven herein, including but not limited to damages, costs, and prejudgement interest. Further, St. Paul prays for such other and further relief as justice, equity and admiralty in this cause may warrant, and this Court may be competent to grant.

Dated: September 25th, 2012.

        Respectfully submitted,

        s/ *Christian D. Keedy*
Christian D. Keedy (151619)
Ckeedy@bellsouth.net
Christian D. Keedy
7931 SW 59th avenue
South Miami, Florida 33143
Tel: 786-361-6048
Fax: 305-667-9980
Attorney for Defendant/St. Paul Fire and Marine Insurance Company

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on September 25th, 2012 on all counsel of record on the Service List below.

        s/ *Christian D. Keedy*
        Christian D. Keedy

SERVICE LIST

Andrew N. Mescolotto Esq.,
Andrew.mescolotto@fertig.com
Christopher R. Fertig Esq.,
chris.fertig@fertig.com
Fertig and Gramling
200 Southeast 13th Street
Fort Lauderdale, Florida 33316
Tel: 954-763-5020
Fax: 954-763-5412
Attorney for Petitioner [Leeward Marine Ventures, Ltd]

Charles G. De Leo
Cdeleo@dkmaritime.com
Damon T. Hartley, Esq.,
Dhartley@dkmaritime.com
Jan M. Kuylenstierna
Jkuylenstierna@dkmaritime.com
Ryon L. Little
rlittle@dkmaritime.com
De Leo & Kuylenstierna P.A.
Town Center One, Suite 1710
8950 SW 74th Court
Miami, Florida 33156
Tel: 786-332-4909
Fax: 786-518-2849
Attorneys for Claimant [Grove Harbour Marina and Caribbean Marketplace LLC]

Alvaro L. Mejer Esq.,
amejer@mejerlaw.com
Mejer Law, P.A.,
2222 Ponce De Leon Blvd.,
Penthouse Suite
Coral Gables, Florida 33134
Tel: 305-444-3355
Fax: 305-442-4300
Attorney for Claimant [National Union Fire Insurance Company of Pittsburg]

Richard R. McCormack Esq.,
Rmccormack@houckanderson.com
Houck Anderson P.A.
200 South Biscayne Blvd., Suite 300
Miami, Florida 33131
Tel: 305-372-9044
Fax: 305-372-5044
Attorney for Claimant [Windstar Marine Ventures, Ltd.]

Scott S. Katz Esq.,
Skatz@butlerpappas.com
Jessica M. Skarin Esq.,
Jskarin@butlerpappas.com
Butler Pappas Weihmuller Katz Craig LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, Florida 33602
Tel: 813-281-1900
Fax: 813-281-0900
Attorney for Claimant [Grove Harbour Marina]

Sean P. Ravenel Esq.,
Sravenel@butlerpappas.com
Butler Pappas Weihmuller Katz Craig LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, Florida 33602
Tel: 813-281-1900
Fax: 813-281-0900
Attorney for Claimant [Steadfast Insurance Company]

James E. Mercante Esq.,
Jmercante@rubinfiorella.com
Rubin, Fiorella & Friedman LLP
292 Madison Avenue, 11th Floor
New York, NY 10017
Tel: 212-953-2381
Fax: 212-953-2452
Attorney for Claim [Spledour Naples, LLC., and New Hampshire Insurance Company]

Jonathan W. Skipp Esq.
Jskipp@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 S. Dadeland Blvd.
Miami, FL 33156
Tel: 305-670-2525
Fax: 305-670-2526
Attorney for Claimant [Federal Insurance Company]

Alan J. Kluger Esq.,
Akluger@klugerkaplan.com
Michael S. Perse Esq.,
mperse@klugerkaplan.com
Josh M. Runes Esq.,
jrubens@klugerkaplan.com
Kluger, Kaplan, Silverman, Katzen & Levine, P.L.
201 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-379-9000
Fax: 305-379-3428
Attorney for Claimant [Splendour Naples, LLC]

Richard Gonzales, ESQ
Rgonzalez@rubinfiorella.com
Rubin, Fiorella & Friedman LLP
630 Third Avenue, 3rd Floor
New York, NW 10017
Tel: 212-953-2381
Fax: 212-953-2462
Florida Bar No. 635820
Attorney for Claimant [Splendour Naples LLC, and New Hampshire Insurance Company]

Brian T. Scarry
Bscarry@admiral-law.com
Florida Bar: 914230
Jonathan W. Skipp
Jskipp@admiral-law.com
Florida Bar: 710570
Horr, Novak & Skipp, P.A.,
One Datran Center, Suite 1104
9100 S. Dadeland Boulevard
Miami, Florida 33156
Tel: 305-670-2525
Fax: 305-670-2526
Attorney for Claimant [Federal Insurance Co]